UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NICHOLAS P. TIDES,

   Plaintiff,

  v.

THE BOEING COMPANY,

   Defendant.

---

MATTHEW C. NEUMANN

   Plaintiff,

  v.

THE BOEING COMPANY,

   Defendant.

Case No. C08-1601JCC

TAXATION OF COSTS

  Costs in the above-entitled cause are hereby taxed against PLAINTIFFS NICHOLAS P. TIDES and MATTHEW C. NEUMANN and on behalf of DEFENDANT THE BOEING COMPANY in the unopposed amount of $4,038.96.

  Entered this ___15th___ day of MARCH , 2010 .

                _____

                Bruce Rifkin

                Clerk, U.S. District Court

TAXATION OF COSTS -- 1